UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: E. I. DU PONT DE NEMOURS AND
COMPANY C–8 PERSONAL INJURY
LITIGATION                                            MDL No. 2433

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –119)

On April 8, 2013, the Panel transferred 7 civil action(s) to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 939 F.Supp.2d 1374 (J.P.M.L. 2013). Since that time, 3,449 additional action(s) have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Edmund A. Sargus, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Sargus.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of April 8, 2013, and, with the consent of that court, assigned to the Honorable Edmund A. Sargus, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 29, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: E. I. DU PONT DE NEMOURS AND
COMPANY C–8 PERSONAL INJURY
LITIGATION** MDL No. 2433

### SCHEDULE CTO–119 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 20–00695 | Smith v. E. I. du Pont de Nemours and Company |
| WVS | 2 | 20–00765 | Cain v. E. I. du Pont de Nemours and Company |
| WVS | 2 | 20–00799 | Somerville v. E. I. du Pont de Nemours and Company |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 12/29/2020 at 8:32 AM EST and filed on 12/29/2020
**Case Name:** IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation
**Case Number:** MDL No. 2433
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-119) Finalized on 12/29/20. Please see pleading ([551] in MDL No. 2433, 4 in WVS/2:20-cv-00695, 4 in WVS/2:20-cv-00765, 4 in WVS/2:20-cv-00799).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 12/29/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00695, WVS/2:20-cv-00765, WVS/2:20-cv-00799 (TF)**

**Case Name:** Somerville v. E. I. du Pont de Nemours and Company
**Case Number:** WVS/2:20-cv-00799
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-119) Finalized on 12/29/20. Please see pleading ( [551] in MDL No. 2433, 4 in WVS/2:20-cv-00695, 4 in WVS/2:20-cv-00765, 4 in WVS/2:20-cv-00799).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 12/29/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00695, WVS/2:20-cv-00765, WVS/2:20-cv-00799 (TF)**

| | |
|---|---|
| **Case Name:** | Smith v. E. I. du Pont de Nemours and Company |
| **Case Number:** | WVS/2:20-cv-00695 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-119) Finalized on 12/29/20. Please see pleading ( [551] in MDL No. 2433, 4 in WVS/2:20-cv-00695, 4 in WVS/2:20-cv-00765, 4 in WVS/2:20-cv-00799).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 12/29/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00695, WVS/2:20-cv-00765, WVS/2:20-cv-00799 (TF)**

| | |
|---|---|
| **Case Name:** | Cain v. E. I. du Pont de Nemours and Company |
| **Case Number:** | WVS/2:20-cv-00765 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-119) Finalized on 12/29/20. Please see pleading ( [551] in MDL No. 2433, 4 in WVS/2:20-cv-00695, 4 in WVS/2:20-cv-00765, 4 in WVS/2:20-cv-00799).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 12/29/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00695, WVS/2:20-cv-00765, WVS/2:20-cv-00799 (TF)**

**No public notice (electronic or otherwise) sent because the entry is private**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/29/2020 at 8:30 AM EST and filed on 12/29/2020
**Case Name:**   IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation
**Case Number:**   MDL No. 2433
**Filer:**
**Document Number:** 551

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-119) - 3 action(s)** *re: pldg. ([549] in MDL No. 2433, 2 in WVS/2:20-cv-00695, 2 in WVS/2:20-cv-00765, 2 in WVS/2:20-cv-00799)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/29/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00695, WVS/2:20-cv-00765, WVS/2:20-cv-00799 (TF)**

**Case Name:**   Somerville v. E. I. du Pont de Nemours and Company
**Case Number:**   WVS/2:20-cv-00799
**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-119) - 3 action(s)** *re: pldg. ( [549] in MDL No. 2433, 2 in WVS/2:20-cv-00695, 2 in WVS/2:20-cv-00765, 2 in WVS/2:20-cv-00799)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/29/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00695, WVS/2:20-cv-00765, WVS/2:20-cv-00799 (TF)**

**Case Name:**   Smith v. E. I. du Pont de Nemours and Company
**Case Number:**   WVS/2:20-cv-00695

**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-119) - 3 action(s)** *re: pldg. ( [549] in MDL No. 2433, 2 in WVS/2:20-cv-00695, 2 in WVS/2:20-cv-00765, 2 in WVS/2:20-cv-00799)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/29/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00695, WVS/2:20-cv-00765, WVS/2:20-cv-00799 (TF)**

| | |
|---|---|
| **Case Name:** | Cain v. E. I. du Pont de Nemours and Company |
| **Case Number:** | WVS/2:20-cv-00765 |

**Filer:**
**Document Number:** 4

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-119) - 3 action(s)** *re: pldg. ( [549] in MDL No. 2433, 2 in WVS/2:20-cv-00695, 2 in WVS/2:20-cv-00765, 2 in WVS/2:20-cv-00799)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/29/2020.**

**Associated Cases: MDL No. 2433, WVS/2:20-cv-00695, WVS/2:20-cv-00765, WVS/2:20-cv-00799 (TF)**

**MDL No. 2433 Notice has been electronically mailed to:**

**MDL No. 2433 Notice will not be electronically mailed to:**

**WVS/2:20-cv-00799 Notice has been electronically mailed to:**

Harry G. Deitzler     hgdeitzler@hpcbd.com

R. Edison Hill     rehill@hpcbd.com, plbice@hpcbd.com

Niall A Paul     npaul@spilmanlaw.com

Larry A. Winter     lwinter@wjh-law.com

Clifford F. Kinney, Jr     ckinney@spilmanlaw.com, sburch@spilmanlaw.com, swalker@spilmanlaw.com

James C. Walls, III     jwalls3@spilmanlaw.com

**WVS/2:20-cv-00799 Notice will not be electronically mailed to:**

**WVS/2:20-cv-00695 Notice has been electronically mailed to:**

Harry G. Deitzler     hgdeitzler@hpcbd.com

R. Edison Hill     rehill@hpcbd.com, plbice@hpcbd.com

Niall A Paul     npaul@spilmanlaw.com

Larry A. Winter     lwinter@wjh-law.com

Clifford F. Kinney, Jr     ckinney@spilmanlaw.com, sburch@spilmanlaw.com, swalker@spilmanlaw.com

James C. Walls, III     jwalls3@spilmanlaw.com

**WVS/2:20-cv-00695 Notice will not be electronically mailed to:**

**WVS/2:20-cv-00765 Notice has been electronically mailed to:**

Harry G. Deitzler     hgdeitzler@hpcbd.com

R. Edison Hill     rehill@hpcbd.com, plbice@hpcbd.com

Niall A Paul     npaul@spilmanlaw.com

Larry A. Winter     lwinter@wjh-law.com

Clifford F. Kinney, Jr     ckinney@spilmanlaw.com, sburch@spilmanlaw.com, swalker@spilmanlaw.com

James C. Walls, III     jwalls3@spilmanlaw.com

**WVS/2:20-cv-00765 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/29/2020] [FileNumber=1033330-0
] [3d1c342f59b939c07e0a63f8555d10606f30943a2c0f3b21ad8c4138329b0709352
9580a6273b12c12801f8dd69454854d7c4eefe27a72393e3aa61a4fbd003b]]